# EXHIBIT A

CHELLI & BUSH
By: Michael T. Madaio, Esq.
ID# 070752013
149 New Dorp Lane
Staten Island, New York 10306
(718) 987-8444
(718) 667-8187 (f)
Attorneys for Plaintiff

| | |
|---|---|
| DELWYN LEWIS and JILLIAN ALVAREZ,<br><br>Plaintiff(s),<br><br>v.<br><br>CELADON TRUCKING SERVICES, INC., ERIC GLEN GEIGER SR., JOHN DOES (1-10) (said names being fictitious and unknown persons), and ABC CORP (1-10) (said names being fictitious and unknown entities)<br><br>Defendant(s), | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br><br>DOCKET NO.:<br><br><br>CIVIL ACTION<br><br><br>COMPLAINT |

Plaintiffs, Delwyn Lewis and Jillian Alvarez, by way of Complaint against the above-named Defendants, alleges as follows:

### FIRST COUNT

1. Plaintiff, Delwyn Lewis, at the time of the commencement of this action, is an individual residing at 311 Gordon Street, Staten Island, Richmond County, New York.

2. Plaintiff, Jillian Alvarez, at the time of the commencement of this action, is an individual residing at 311 Gordon Street, Staten Island, Richmond County, New York.

3. Upon information and belief, Defendant, Celadon Trucking Services, Inc., is a New Jersey corporation with its headquarters located at 1925 W 450 South, Columbus, Indiana, and at all relevant times the owner of a commercial motor vehicle bearing Indiana license plate number "2388841".

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

1

4. Upon information and belief, Defendant, Eric Glen Geiger Sr., is an individual residing at 2731 Beckon Dr, Edgewood, Maryland 21040, and at all relevant times the operator of the aforementioned commercial motor vehicle bearing Indiana license plate number "2388841".

5. On or about April 24, 2017, at or around 11:15 a.m., Plaintiffs, Delwyn Lewis and Jillian Alvarez, were passengers in a motor vehicle that was traveling westbound on I-95 (otherwise referred to as the "New Jersey Turnpike") in Elizabeth, Union County, New Jersey.

6. At the aforementioned time and place, Defendant, Eric Glen Geiger Sr., operated the aforementioned motor vehicle bearing Indiana license plate number "2388841", in a negligent and careless manner, without making proper observations, without the exercise of reasonable and due care, without keeping his vehicle under adequate control, without maintaining his appropriate distance and/or lane of travel, without yielding the right of way and/or without due caution and circumspection, causing his vehicle to strike the plaintiff's vehicle.

7. At all relevant times, Defendant, Celadon Trucking Services, Inc., was the registered owner of the above-mentioned motor vehicle bearing Indiana license plate number "2388841"..

8. As a direct and proximate result of the negligence and carelessness of the Defendants, Celadon Trucking Services, Inc. and Eric Glen Geiger Sr, in the manner in which they owned, operated, maintained, controlled, and/or supervised the above-mentioned motor vehicle, a collision(s) occurred, and the Plaintiffs, Delwyn Lewis and Jillian Alvarez, were caused to sustain severe, permanent and painful injuries, incurred and will continue to incur medical expenses in an effort to cure themselves of their injuries, and were otherwise prevented from attending to their regular pursuits and duties.

**WHEREFORE**, Plaintiffs, Delwyn Lewis and Jillian Alvarez, demands judgment

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

against all of the Defendants jointly, severally, and alternatively, for compensatory damages, interest, costs of suit, attorneys' fees, and such other relief as the court deems equitable and just.

### SECOND COUNT

1. Plaintiff repeats and re-alleges all prior allegations as though fully set forth herein.

2. At all relevant time, Defendants, John Doe(s) and ABC Corp.(s) (their names being fictitious), were individuals and/or corporate entities whose identities are unknown to the plaintiff, and who contributed to the happening of the aforesaid accident by virtue of negligent and careless ownership and/or operation of the aforementioned motor vehicle, and/or negligent and careless repairs and maintenance to the aforementioned motor vehicle, resulting in it striking the plaintiff's vehicle.

3. As a direct and proximate result of the negligence and carelessness of the defendants, John Doe(s) and ABC Corp.(s), together with that of Defendants, Celadon Trucking Services, Inc. and Eric Glen Geiger Sr., the plaintiff was severely and permanently injured as previously set forth herein at length.

**WHEREFORE**, Plaintiffs, Delwyn Lewis and Jillian Alvarez, demands judgment against all of the Defendants jointly, severally, and alternatively, for compensatory damages, interest, costs of suit, attorneys' fees, and such other relief as the court deems equitable and just.

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

## JURY DEMAND

Plaintiff demands a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

The undersigned hereby designates Michael T. Madaio, Esq. as trial counsel for the within matter.

## CERTIFICATION PURSUANT TO R. 4:5-1

The undersigned, Michael T. Madaio, Esq., hereby certifies on behalf of the plaintiff as follows:

1. I am attorney admitted to practice law in the State of New Jersey, and I am counsel for the above noted plaintiff in the subject action.

2. The matter in controversy is not, to my knowledge, the subject of any other pending action in any Court or pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated at this time.

3. There are no other parties who should be joined in this action that we are aware of at the present time.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 8, 2017  
Staten Island, New York

By: _____  
Michael T. Madaio, Esq.  
ID# 070752013  
CHELLI & BUSH  
Attorneys for Plaintiff  
149 New Dorp Lane  
Staten Island, New York 10306

LAW OFFICES  
CHELLI & BUSH  
149 NEW DORP LANE  
STATEN ISLAND, N.Y.  
10306  
(718) 987-8444  
FAX (718) 667-8187

4

# Civil Case Information Statement

## Case Details: UNION | Civil Part Docket# L-003980-17

**Case Caption:** LEWIS DELWYN  VS CELADON TRUCKING SER VICES, IN
**Case Initiation Date:** 11/08/2017
**Attorney Name:** MICHAEL T MADAIO
**Firm Name:** CHELLI & BUSH
**Address:** 149 NEW DORP LN STATEN ISLAND NY 10306
**Phone:**
**Name of Party:** PLAINTIFF : Lewis, Delwyn
**Name of Defendant's Primary Insurance Company (if known):** ILLINOIS NATIONAL INS CO

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Hurricane Sandy related?** NO
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
    If yes, for what language:


I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

| 11/08/2017 | /s/ MICHAEL T MADAIO |
|---|---|
| Dated | Signed |

ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK            NJ 07102

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (973) 776-9300
COURT HOURS  8:30 AM - 4:30 PM

               DATE:    AUGUST 23, 2017
               RE:      CAVALCANTE VS PEREZ
               DOCKET:  ESX L -006023 17

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON JEFFREY B. BEACHAM

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    001
AT: (973) 776-9300.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
   PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

               ATTENTION:
                         ATT: BARRY FREDSON
                         FREDSON & STATMORE LLC
                         915 CLIFTON AVENUE
                         STE 100
                         CLIFTON            NJ 07013-2724

JUMJB3

# New Jersey Police Crash Investigation Report

Page 1 of 1

| Field | Value |
|---|---|
| Case Number | 15-065585 |
| Crash Occurred On | Spring Street |
| Cross Road | East Grand Street |
| City/Dept of | Elizabeth |
| Date of Crash | 09/13/15 |
| Time | 17:28 |

**Vehicle 01**
- Policy No: 26301176
- Ins Code: 134
- Driver: Beverly Cavalcante, F
- Address: 148 Van Buren St, Newark, NJ 07105-2721
- DL: NJ C0905 09362 55882
- DOB: 05/14/88
- Expires: 05/19
- Vehicle: NIS VER SL, 14, Plate J50DVG NJ
- VIN: 3N1CE2CP0EL353466
- Expires: 12/17
- Removed To: Destination (Driven, Owner)

**Vehicle 02**
- Policy No: CBA41001-200065B-59
- Driver: Carlos Perez, M
- Address: 815 Gibbons Ct Apt 2, Elizabeth, NJ 07202-3106
- DL: NJ P2678 11071 09472
- DOB: 09/21/47
- Expires: 11/15
- Vehicle: PET 379, GY, 89, Plate AF279H NJ
- VIN: 1XP5DB9X1KN268310
- Expires: 12/15
- Removed To: Destination (Driven, Owner)
- Insurance: Hudson Insurance Co

**Crash Description:**
V1 stated while traveling North on Spring St in the middle lane. V2 hit the rear of her vehicle. V1 also stated traffic was "bumper to bumper".
V2 stated while traveling North on Spring St he was in the far right lane when he observed V1 operator on her cellphone. V2 further stated that while V1 was still on her cellphone, she attempted to switch lanes in front of V2 causing the front of V2 to slightly impact the rear of V1.
From our observation, impact occurred on the rear right bumper only and concurs with V2's statement.

**Officer's Signature:** Farrow, Alana PO F831
**Badge No:** 327
**Reviewed By:** RUANE
**Case Status:** Complete

**Occupants:** Cavalcante, Selma - 148 Van Buren St, Newark, NJ 07105

NJTR-1     Record Bureau Copy

DELWYN LEWIS, ET AL

Plaintiff

VS

CELADON TRUCKING SERVICES, INC., ET AL

Defendant

20171108115206

Superior Court Of New Jersey

UNION Venue

Docket Number: UNN L 3980 17

**Person to be served** (Name and Address):
ERIC GLEN GEIGER SR.
2731 BECKON DRIVE
EDGEWOOD MD 21040
**By serving:** ERIC GLEN GEIGER SR.

**Attorney:** MICHAEL T. MADAIO, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, CERTIFICATION

**Service Data:**   [X] Served Successfully   [ ] Not Served

Date/Time:  11/12/2017 AT 11:45 AM

[ ] Delivered a copy to him/her personally

[x] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Name of Person Served and relationship/title:

Janice Geiger, Wife

**Description of Person Accepting Service:**

SEX: F   AGE: 45-49   HEIGHT: 5'0-5'2   WEIGHT: 166-180   SKIN: Black   HAIR: Black   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
_20th_ day of _November_, 20_17_
Notary Signature: _____

_____   _____
Name of Notary   Commission Expiration

I, _Michael Meade_, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   11/20/2017
Signature of Process Server   Date

Name of Private Server: _Michael Meade_   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952

MARY PROVINS
COUNTY OF ANNE ARUNDEL
My Commission Expires: 09/08/2020