# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DELWYN LEWIS and JILLIAN ALVAREZ,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CELADON TRUCKING SERVICES, INC., ERIC GLEN GEIGER, SR., JOHN DOES (1-10) (said names being fictitious and unknown persons), and ABC CORP (1-20) (said names being fictitious and unknown entities),<br><br>　　　　　Defendants,<br>and<br><br>ERIC GLEN GEIGER, SR.,<br><br>　　　　　Defendant/Third-Party Plaintiff,<br>v.<br><br>KOURTNEY V. STEWART and HEATHER A. WILLIAMS,<br><br>　　　　　Third-Party Defendants. | CIVIL ACTION NO. 2:17-cv-12920-CCC-JBC<br><br><br><br><br><br>**NOTICE OF BANKRUPTCY FILING BY CELADON TRUCKING SERVICES, INC.**<br><br>**Document Filed Electronically** |

**TO THE CLERK OF COURT:**

　　**PLEASE TAKE NOTICE** that on December 8, 2019, a voluntary petition was filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by Celadon Group, Inc., *et al.* (the "Debtors"),[1] (Case No. 19-12606).[2]

---

[1] The Debtors have moved for joint administration of their cases, with the lead case number assigned to the Chapter 11 case of the above-captioned Debtor, Celadon Group, Inc. The debtors include the following: Celadon Group, Inc., A R Management Services, Inc., Bee Line, Inc., Celadon Canadian Holdings, Limited, Celadon E-Commerce, Inc., Celadon International Corporation, Celadon Logistics Services, Inc., Celadon Mexicana, S.A. de C.V., Celadon Realty, LLC, Celadon Trucking Services, Inc., Distribution, Inc., Eagle Logistics Services Inc., Hyndman Transport Limited, Jaguar Logistics, S.A. de C.V., Leasing Servicios, S.A. de C.V., Osborn Transportation, Inc., Quality Companies LLC, Quality Equipment Leasing, LLC, Quality Insurance LLC, Servicios Corporativos Jaguar, S.C., Servicios de Transportación Jaguar, S.A. de C.V., Stinger Logistics, Inc., Strategic Leasing, Inc., Taylor Express, Inc., Transportation Insurance Services Risk Retention Group, Inc., and Vorbas, LLC.

4392908

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of a Chapter 11 Petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against any of the Debtors that was or could have been commenced before the filing of the petition, or to recover a claim against any of the Debtors that arose before the commencement of the Chapter 11 Petition, any act to obtain possession of or exercise control over property of the estate, and/or any act to collect, assess, or recover a claim against any of the Debtors that arose before the filing of the Chapter 11 Petition.

Date: January 15, 2020

**PORZIO, BROMBERG & NEWMAN, P.C.**

Attorneys for Defendant/Third-Party Plaintiff
Eric Glen Geiger, Sr.

By: *s/Roy Alan Cohen*
Roy Alan Cohen, Esq.
100 Southgate Parkway
Morristown, New Jersey 07962-1997
(973) 538-4006
racohen@pbnlaw.com

Date: January 15, 2020

---

[2] Attached hereto as Exhibit "A" is the Bankruptcy Petition.

2

## CERTIFICATE OF SERVICE

1. I hereby certify that on this date, I had the within document electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Transmission of the notice of electronic filing constitutes service of filed documents pursuant to L.Civ.R. 5.2(14)(b)(1).

Dated: January 15, 2020

*s/ Roy Alan Cohen*
Roy Alan Cohen

4392908