## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **DELWYN LEWIS and JILLIAN ALVAREZ,** | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No. 17-12920 (CCC)** |
| | : | |
| **v.** | : | **ORDER OF ADMINISTRATIVE** |
| | : | **TERMINATION** |
| **ERIC GLEN GEIGER, SR. et al.,** | : | |
| **Defendants.** | : | |

It appearing that proceedings in the above matter have been stayed pending the disposition of hearings before the United States Bankruptcy Court which may become dispositive of the litigation here pending,

It is on this 27th day of January, 2020,

**ORDERED** that the Clerk administratively terminate the action in its records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

       s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**